# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

JOSE ACOSTA ,

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:25–CV–00240–JLT–SAB**

v.

ALL AMERICAN GLASS, INC. , ET AL. ,

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/18/2025 .**

ENTERED:   **August 18, 2025**          /s/  **Keith Holland**
                                                              Clerk of Court